IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES EDWARD SMITH,
a/k/a James Edward Bridges,
ADC #103093                                                           PLAINTIFF

v.                          No. 4:14-cv-455-DPM

CHARLES A. SMITH;
MARY ANN CONLEY,
a/k/a Mary Ann Smith; and
ROBERT CASTILLOW                                   DEFENDANTS

### ORDER

James Smith's *pro se* complaint must be dismissed without prejudice. He hasn't paid the filing fee, moved to proceed *in forma pauperis*, or provided proof of service on any defendant. FED. R. CIV. P. 4(I); Local Rule 5.5(c)(2).

So Ordered.

                                       _____
                                       D.P. Marshall Jr.
                                       United States District Judge

                                       9 December 2014