IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES EDWARD SMITH,
a/k/a James Edward Bridges,
ADC #103093                                                    PLAINTIFF

v.                              No. 4:14-cv-455-DPM

CHARLES A. SMITH;
MARY ANN CONLEY,
a/k/a Mary Ann Smith; and
ROBERT CASTILLOW                                        DEFENDANTS

## JUDGMENT

Complaint dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

9 December 2014